**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 07-2101

———————

H. J. TUMLIN,

Plaintiff - Appellant,

versus

GOODYEAR TIRE & RUBBER COMPANY, INCORPORATED;
TRAVELERS INDEMNITY COMPANY OF ILLINOIS; JAMES
DANIEL, ESQ.; COMMONWEALTH OF VIRGINIA;
VIRGINIA INDUSTRIAL COMPENSATION COMMISSION,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Jackson L. Kiser, Senior
District Judge.  (4:07-mc-00005-jlk)

———————

Submitted:  January 29, 2008      Decided:  February 15, 2008

———————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

H. J. Tumlin, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

H. J. Tumlin appeals the district court's order denying his application to proceed without prepayment of fees. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See <u>Tumlin v. Goodyear Tire & Rubber Co., Inc.</u>, No. 4:07-mc-00005-jlk (W.D. Va. Oct. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>